Form 128

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Emily A. Steigerwald** | : | Case No. 16−10568−TPA |
| **fka Emily A Ardery** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| PNC BANK, N.A. | : | |
| *Movant,* | : | Related to Claim No. 9 |
| | : | |
| v. | : | |
| Emily A. Steigerwald | : | |
| fka Emily A Ardery | : | |
| *Respondent.* | : | |

## NOTICE REGARDING NONCONFORMING DOCUMENT

The **Notice of Mortgage Payment Change or Notice of Post−Petition Fees, Expenses and Charges** *must be refiled* for the following reason:

Failure to comply with *W.PA.LBR 5005−13*. All documents filed electronically that have been created, authored, or customized by the electronic filer must be filed in a format that allows the Court to perform a full text search in accordance with *W.PA.LBR 5005−13*. For instructions on creating a PDF in the proper format, you may refer to the Online Attorney Training Manual on the Court's website. Required corrective action due  November 23, 2018 .

THE NOTICE OF MORTGAGE PAYMENT CHANGE PDF FILED DOCUMENT MUST COMPLY WITH RULE 5005−6 (b) SIGNATURES − ELECTRONICALLY FILED DOCUMENTS SHALL COMPLY WITH THE FED. R. BANKR. P. 9011...; THE DOCUMENT IS PRECEDED BY /S/ AND TYPED SIGNATURE OF FILER WHERE THE SIGNATURE WOULD OTHERWISE APPEAR.

Dated: November 8, 2018

Lylenn Fox
Deputy Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Emily A. Steigerwald  
    Debtor

Case No. 16-10568-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: lfin     Page 1 of 1     Date Rcvd: Nov 08, 2018  
                Form ID: 128    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db         +Emily A. Steigerwald,    2169 South Manor Drive,    Erie, PA 16505-4768
aty        +Rebeka Seelinger,    4640 Wolf Road,    Erie, PA 16505-1451
           +PNC Mortgage, a division of PNC Bank, NA,    Attn Lucy Miller,    3232 Newmark Drive,
             Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
```
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association
               bankruptcy@udren.com
              James   Warmbrodt     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka  Seelinger     on behalf of Debtor Emily A. Steigerwald rebeka@seelingerlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    PNC Bank, National Association pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
                                                                                             TOTAL: 6
```