IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:
    Emily A. Steigerwald        :
        Debtor                       :
                                 :    Bankruptcy No. 16-10568- TPA

Emily A. Steigerwald        :
    Movant                   :    Chapter 13
    v.                               :    Document No. ___

Intra-National Home Care LLC    :
    Respondent              :

**CERTIFICATE OF SERVICE**

    I, Rebeka A. Seelinger, Esquire, certify under penalty of perjury that on August 20, 2019, I served, or caused to be served, a copy of Local Form 11 Order to Pay Trustee Pursuant to Income Attachment and Local Form 12 Notification of Debtor's Social Security Number, electronically or by regular United States mail to all interested parties.

**Office of the United States Trustee**
1001 Liberty Avenue Suite 970
Liberty Center
Pittsburgh PA 15222
ustpregion03.pi.ecf@usdoj.gov
(Via CM ECF)

**Ronda J. Winnecour, Trustee**
US Steel Tower Suite 3250
600 Grant Street
Pittsburgh PA 15219
cmecf@chapter13trusteewdpa.com
(Via CM ECF)

**Intra-National Home Care LLC**
Attn: Payroll
1234 French Street
Erie PA 16501
(Via US Mail)

EXECUTED ON: August 20, 2019

                By: /s/ Rebeka A. Seelinger
                    Rebeka A. Seelinger, Esquire
                    SEELINGER LAW
                    Attorney for Debtor
                    PA ID #93897
                    4640 Wolf Road
                    Erie, PA 16505
                    (814) 824-6670
                    rebeka@seelingerlaw.com