# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 16-10568-TPA** |
| | : | |
| **Emily A Steigerwald** | : | **Chapter 13** |
| *Debtor* | : | |
| | : | **Related to Claim No. 9** |
| | : | |
| **PNC Bank N.A.** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | |
| **Emily A Steigerwald and Ronda J.** | : | |
| **Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

**NOW**, this **24th** day of **November 2019,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by PNC Bank N.A.  *No. 9* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $499.97 effective 12/01/2019.

Dated:  November 24, 2019

By      /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
E-Mail: rebeka@seelingerlaw.com