Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Emily A. Steigerwald**
**fka Emily A Ardery**
  Debtor(s)

Bankruptcy Case No.: 16−10568−TPA
Related to Docket No. 70
Chapter: 13
Docket No.: 71 − 70
Concil. Conf.: 6/22/21 at 09:30 AM

## ORDER

  **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

  **IT IS HEREBY ORDERED** that, on or before **April 5, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

  1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

  2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

  **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

  On or before **April 26, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

  On **6/22/21** at **09:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

  If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

  This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 17, 2021

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

## **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Emily A. Steigerwald  
    Debtor

Case No. 16-10568-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: agro      Page 1 of 3  
Date Rcvd: Feb 17, 2021      Form ID: 213      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily A. Steigerwald, 2169 South Manor Drive, Erie, PA 16505-4768 |
| 14244307 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14244309 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14244311 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14244312 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14244313 | + | Erie County Court of Common Pleas, 140 West 6th Street, Erie, PA 16501-1011 |
| 14244314 | + | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14244334 | | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 14244316 | + | Penelec, c/o First Energy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14244320 | + | Udren Law Offices, P.C., Woodcrest COrporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14279160 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 18 2021 02:51:13 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14244306 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 18 2021 03:57:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14244308 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 18 2021 02:41:15 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14244310 | + | Email/Text: ccusa@ccuhome.com | Feb 18 2021 03:54:00 | Credit Coll, Credit Collection, 16 Distribution Drive Suite 1, Morgantown WV 26501-7209 |
| 14244315 | + | Email/Text: Bankruptcy@natfuel.com | Feb 18 2021 03:56:00 | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14300012 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2021 03:55:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14244317 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 18 2021 03:55:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14262715 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 02:41:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14244318 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 18 2021 02:41:23 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14244319 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 18 2021 02:41:34 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14247640 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Feb 18 2021 02:41:34 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

| Recip ID | | Name and Address | | |
|---|---|---|---|---|
| 14244321 | + | Email/Text: ebn@unique-mgmt.com | Feb 18 2021 03:57:00 | Unique Ntl, Unique National, 119 East Maple Street, Jeffersonville IN 47130-3439 |
| 14244322 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 18 2021 03:54:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14244323 | *+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |
| 14244324 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14244325 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14244326 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14244327 | *+ | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14244328 | *+ | Credit Coll, Credit Collection, 16 Distribution Drive Suite 1, Morgantown WV 26501-7209 |
| 14244329 | *+ | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14244330 | *+ | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14244331 | *+ | Erie County Court of Common Pleas, 140 West 6th Street, Erie, PA 16501-1011 |
| 14244332 | *+ | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14244333 | *+ | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14244335 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14244336 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14244337 | *+ | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14244338 | *+ | Udren Law Offices, P.C., Woodcrest COrporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14244339 | *+ | Unique Ntl, Unique National, 119 East Maple Street, Jeffersonville IN 47130-3439 |
| 14244340 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14244305 | ##+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |

TOTAL: 2 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | |

| District/off: 0315-1 | User: agro | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2021 | Form ID: 213 | Total Noticed: 23 |

on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Elizabeth Lamont Wassall

on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger

on behalf of Debtor Emily A. Steigerwald rebeka@seelingerlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 6