Certificate Number: 17082-PAW-DE-035484373

Bankruptcy Case Number: 16-10568



17082-PAW-DE-035484373

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 21, 2021, at 9:25 o'clock PM MST, EMILY A STEIGERWALD completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 21, 2021              By:   /s/Orsolya K Lazar

                                    Name: Orsolya K Lazar

                                    Title: Executive Director