FILED
6/10/21 12:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
EMILY A. STEIGERWALD           )
fka EMILY A. ARDERY            )
                               )      Case No.:16-10568-TPA
                               )
     Debtor(s)                 )      Chapter 13
                               )
                               )
Ronda J. Winnecour, Chapter 13 Trustee, )
          Movant,              )      Related Document No.:70
     Vs.                       )
                               )
EMILY A. STEIGERWALD           )
fka EMILY A. ARDERY            )
     Respondent(s)             )

### TRUSTEE'S WITHDRAWAL OF CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

The Certificate of Default that was filed in the above-referenced case on February 17, 2021 (document no. 70) is hereby WITHDRAWN.

                              Respectfully submitted,

6/9/2021                      /s/ Ronda J. Winnecour
Date                          Ronda J. Winnecour (PA I.D. #30399)
                              Attorney and Chapter 13 Trustee
                              U.S. Steel Tower – Suite 3250
                              600 Grant Street
                              Pittsburgh, PA  15219
                              (412) 471-5566
                              cmecf@chapter13trusteewdpa.com

SO ORDERED
June 10, 2021

asg

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10568-TPA |
| Emily A. Steigerwald | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jun 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily A. Steigerwald, 2169 South Manor Drive, Erie, PA 16505-4768 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 12, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank National Association pabk@logs.com, ewassall@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Emily A. Steigerwald rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1      User: dpas      Page 2 of 2
Date Rcvd: Jun 10, 2021      Form ID: pdf900      Total Noticed: 1
TOTAL: 6