**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/22/21 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>　EMILY A STEIGERWALD<br><br>　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　Movant<br>　vs.<br>EMILY A STEIGERWALD<br><br>　　　Respondents | Case No.16-10568TPA<br><br>Chapter 13<br><br>Related Document No. 80 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___22nd___ day of ___June___, 20_21_ it is hereby ORDERED, ADJUDGED, and DECREED that,

　　　　　　Intra-National Home Care Llc
　　　　　　Attn: Payroll Manager
　　　　　　1234 French St
　　　　　　Erie,PA 16501

is hereby ordered to immediately terminate the attachment of the wages of EMILY A STEIGERWALD, social security number XXX-XX-1963. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of EMILY A STEIGERWALD.

FURTHER ORDERED:

cc: Debtor(s)
　　Debtor(s) Attorney

BY THE COURT:

_____asg_____
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Emily A. Steigerwald  
    Debtor

Case No. 16-10568-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dpas      Page 1 of 2  
Date Rcvd: Jun 22, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily A. Steigerwald, 2169 South Manor Drive, Erie, PA 16505-4768 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Emily A. Steigerwald rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1 | User: dpas | Page 2 of 2
Date Rcvd: Jun 22, 2021 | Form ID: pdf900 | Total Noticed: 1
TOTAL: 6