Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Emily A. Steigerwald** : | Case No. 16−10568−TPA |
| **fka Emily A Ardery** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 83 |
| v. : | |
| **No Respondents** : | Hearing Date: 9/10/21 at 12:00 PM |
| *Respondent(s).* : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

*AND NOW,* this *The 28th of June, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 83 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before August 12, 2021**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *September 10, 2021 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Emily A. Steigerwald  
    Debtor

Case No. 16-10568-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: agro     Page 1 of 3  
Date Rcvd: Jun 28, 2021     Form ID: 300b     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily A. Steigerwald, 2169 South Manor Drive, Erie, PA 16505-4768 |
| 14244307 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14244309 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14244311 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14244312 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14244313 | + | Erie County Court of Common Pleas, 140 West 6th Street, Erie, PA 16501-1011 |
| 14244314 | + | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14244316 | + | Penelec, c/o First Energy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14244334 | | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 14244320 | + | Udren Law Offices, P.C., Woodcrest COrporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14279160 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 28 2021 23:32:03 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14244306 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 28 2021 23:27:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14244308 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:31:45 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14244310 | + | Email/Text: ccusa@ccuhome.com | Jun 28 2021 23:26:00 | Credit Coll, Credit Collection, 16 Distribution Drive Suite 1, Morgantown WV 26501-7209 |
| 14244315 | + | Email/Text: Bankruptcy@natfuel.com | Jun 28 2021 23:27:00 | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14300012 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 23:26:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14244317 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 23:26:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14262715 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14244318 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:01 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14244319 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 28 2021 23:32:03 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14247640 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 28 2021 23:32:03 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

Case 16-10568-TPA    Doc 85    Filed 06/30/21    Entered 07/01/21 00:33:29    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: 300b | Total Noticed: 23 |

| 14244321 | + | Email/Text: ebn@unique-mgmt.com | | | |
|---|---|---|---|---|---|
| | | | | Jun 28 2021 23:27:00 | Unique Ntl, Unique National, 119 East Maple Street, Jefforsonville IN 47130-3439 |
| 14244322 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | | |
| | | | | Jun 28 2021 23:26:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14244323 | *+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |
| 14244324 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14244325 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14244326 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14244327 | *+ | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14244328 | *+ | Credit Coll, Credit Collection, 16 Distribution Drive Suite 1, Morgantown WV 26501-7209 |
| 14244329 | *+ | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14244330 | *+ | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14244331 | *+ | Erie County Court of Common Pleas, 140 West 6th Street, Erie, PA 16501-1011 |
| 14244332 | *+ | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14244333 | *+ | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14244335 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14244336 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14244337 | *+ | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14244338 | *+ | Udren Law Offices, P.C., Woodcrest COrporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14244339 | *+ | Unique Ntl, Unique National, 119 East Maple Street, Jefforsonville IN 47130-3439 |
| 14244340 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14244305 | ##+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |

TOTAL: 2 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 3 of 3 |
| Date Rcvd: Jun 28, 2021 | Form ID: 300b | Total Noticed: 23 |

Elizabeth Lamont Wassall
    on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor Emily A. Steigerwald rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6