**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> EMILY A STEIGERWALD <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br> Movant <br> vs. <br> No Respondents. | Case No.:16-10568 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/13/2016 and confirmed on 7/26/16. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,922.31 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,922.31 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 2,592.92 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,592.92 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 30,558.12 | 0.00 | 30,558.12 |
|     Acct: 0566 | | | | |
|   PNC BANK NA | 11,565.57 | 11,565.57 | 0.00 | 11,565.57 |
|     Acct: 0566 | | | | |
|   ERIE WATER WORKS* | 1,205.70 | 1,205.70 | 0.00 | 1,205.70 |
|     Acct: 1110 | | | | |
|   ERIE WATER WORKS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1110 | | | | |
| | | | | 43,329.39 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EMILY A STEIGERWALD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ERIE WATER WORKS* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLIED INTERSTATE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9153 | | | | |
|   BERKS CREDIT & COLLECTIONS INC*++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8647 | | | | |
|   CAINE AND WEINER++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4230 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8106 | | | | |
|   COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9XDX | | | | |
|   CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |

16-10568 TPA                                                                                                                    Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9522 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0568 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9037 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0479 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0747 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0657 | | | | |
| | CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5753 | | | | |
| | ERIE COMMUNITY CU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NATIONAL FUEL GAS DISTRIB CORP | 1,502.90 | 0.00 | 0.00 | 0.00 |
| | Acct: 3703 | | | | |
| | PENELEC/FIRST ENERGY** | 3,006.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 2114 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 135.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 0595 | | | | |
| | REGIONAL ACCEPTANCE CORP | 12,349.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 5015 | | | | |
| | UNIQUE NATIONAL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3561 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 381.64 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR | 341.62 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | ERIE COUNTY CLERK OF COURTS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4916 | | | | |
| | UDREN LAW OFFICES PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4916 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                                        43,329.39

TOTAL CLAIMED
PRIORITY            0.00
SECURED        12,771.27
UNSECURED      17,718.47

Date: 06/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    EMILY A STEIGERWALD

           Debtor(s)

    Ronda J. Winnecour
           Movant
       vs.
    No Repondents.

Case No.:16-10568 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

Case 16-10568-TPA    Doc 86    Filed 06/30/21    Entered 07/01/21 00:33:29    Desc Imaged
Certificate of Notice    Page 5 of 7

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                           Case No. 16-10568-TPA
Emily A. Steigerwald                                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                     User: agro                                  Page 1 of 3
Date Rcvd: Jun 28, 2021                  Form ID: pdf900                             Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##            Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily A. Steigerwald, 2169 South Manor Drive, Erie, PA 16505-4768 |
| 14244307 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14244309 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14244311 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14244312 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14244313 | + | Erie County Court of Common Pleas, 140 West 6th Street, Erie, PA 16501-1011 |
| 14244314 | + | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14244316 | + | Penelec, c/o First Energy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14244334 | | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 14244320 | + | Udren Law Offices, P.C., Woodcrest COrporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14279160 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 28 2021 23:31:54 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14244306 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jun 28 2021 23:27:00 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14244308 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 28 2021 23:32:01 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14244310 | + | Email/Text: ccusa@ccuhome.com | Jun 28 2021 23:26:00 | Credit Coll, Credit Collection, 16 Distribution Drive Suite 1, Morgantown WV 26501-7209 |
| 14244315 | + | Email/Text: Bankruptcy@natfuel.com | Jun 28 2021 23:27:00 | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14300012 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 23:26:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14244317 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 28 2021 23:26:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14262715 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:31:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14244318 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2021 23:32:09 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14244319 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 28 2021 23:32:03 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14247640 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jun 28 2021 23:32:03 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

Case 16-10568-TPA   Doc 86   Filed 06/30/21   Entered 07/01/21 00:33:29   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-1 | User: agro | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 23 |

| 14244321 | + | Email/Text: ebn@unique-mgmt.com | | |
| | | | Jun 28 2021 23:27:00 | Unique Ntl, Unique National, 119 East Maple Street, Jeffersonville IN 47130-3439 |
| 14244322 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jun 28 2021 23:26:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14244323 | *+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |
| 14244324 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14244325 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14244326 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14244327 | *+ | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14244328 | *+ | Credit Coll, Credit Collection, 16 Distribution Drive Suite 1, Morgantown WV 26501-7209 |
| 14244329 | *+ | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14244330 | *+ | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14244331 | *+ | Erie County Court of Common Pleas, 140 West 6th Street, Erie, PA 16501-1011 |
| 14244332 | *+ | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14244333 | *+ | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14244335 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14244336 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14244337 | *+ | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14244338 | *+ | Udren Law Offices, P.C., Woodcrest COrporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14244339 | *+ | Unique Ntl, Unique National, 119 East Maple Street, Jeffersonville IN 47130-3439 |
| 14244340 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14244305 | ##+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |

TOTAL: 2 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2021             Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |

District/off: 0315-1 | User: agro | Page 3 of 3
Date Rcvd: Jun 28, 2021 | Form ID: pdf900 | Total Noticed: 23

Elizabeth Lamont Wassall
 on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
 on behalf of Debtor Emily A. Steigerwald rebeka@seelingerlaw.com

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 6