**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/25/21 1:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    EMILY A STEIGERWALD

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-10568 TPA

Chapter 13

Related Document No.: 83

ORDER OF COURT

AND NOW, this 25th day of August, 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

asg

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Emily A. Steigerwald  
    Debtor

Case No. 16-10568-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dpas      Page 1 of 3  
Date Rcvd: Aug 25, 2021      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emily A. Steigerwald, 2169 South Manor Drive, Erie, PA 16505-4768 |
| 14244307 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14244309 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14244311 | + | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14244312 | + | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14244313 | + | Erie County Court of Common Pleas, 140 West 6th Street, Erie, PA 16501-1011 |
| 14244314 | + | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14244316 | + | Penelec, c/o First Energy, 331 Newman Springs Road, Bldg. 3, Red Bank, NJ 07701-5688 |
| 14244334 | | Penelec, PO Box 3687, Akron, OH 44309-3687 |
| 14244320 | + | Udren Law Offices, P.C., Woodcrest COrporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14279160 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 25 2021 23:23:51 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14244306 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 25 2021 23:23:24 | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14244308 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 25 2021 23:23:38 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14244310 | + | Email/Text: ccusa@ccuhome.com | Aug 25 2021 23:22:00 | Credit Coll, Credit Collection, 16 Distribution Drive Suite 1, Morgantown WV 26501-7209 |
| 14244315 | + | Email/Text: Bankruptcy@natfuel.com | Aug 25 2021 23:23:00 | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14300012 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 25 2021 23:22:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14244317 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 25 2021 23:22:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14262715 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2021 23:23:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14244318 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2021 23:23:38 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14244319 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 25 2021 23:23:30 | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14247640 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Aug 25 2021 23:23:30 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |

| 14244321 | + Email/Text: ebn@unique-mgmt.com | Aug 25 2021 23:23:00 | Unique Ntl, Unique National, 119 East Maple Street, Jefforsonville IN 47130-3439 |
|---|---|---|---|
| 14244322 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2021 23:22:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| 14244323 | *+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |
| 14244324 | *+ | Berks Credit & Coll, 900 Corporate Dr, Reading, PA 19605-3340 |
| 14244325 | *P++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262, address filed with court:, Caine & Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14244326 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 14244327 | *+ | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 14244328 | *+ | Credit Coll, Credit Collection, 16 Distribution Drive Suite 1, Morgantown WV 26501-7209 |
| 14244329 | *+ | Creditech, 50 N 7th St, Bangor, PA 18013-1791 |
| 14244330 | *+ | Erie Community Credit Union, 1129 State Street, Erie, PA 16501-1911 |
| 14244331 | *+ | Erie County Court of Common Pleas, 140 West 6th Street, Erie, PA 16501-1011 |
| 14244332 | *+ | Erie Water Works, 340 W Bayfront Parkway, Erie, PA 16507-2004 |
| 14244333 | *+ | National Fuel, PO BOX 2081, Erie, PA 16512-2081 |
| 14244335 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14244336 | *+ | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14244337 | *+ | Regional Acceptance Co, 304 Kellm Road, Virginia Beach, VA 23462-2712 |
| 14244338 | *+ | Udren Law Offices, P.C., Woodcrest COrporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 14244339 | *+ | Unique Ntl, Unique National, 119 East Maple Street, Jefforsonville IN 47130-3439 |
| 14244340 | *+ | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14244305 | ##+ | Allied Interstate Llc, 7525 W Campus Rd, New Albany, OH 43054-1121 |

TOTAL: 2 Undeliverable, 17 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | |

District/off: 0315-1      User: dpas      Page 3 of 3
Date Rcvd: Aug 25, 2021      Form ID: pdf900      Total Noticed: 23

on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Elizabeth Lamont Wassall
    on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
    on behalf of Debtor Emily A. Steigerwald rebeka@seelingerlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 6